DIANE J. HUMETEWA
United States Attorney
District of Arizona

DOMINIC LANZA
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
dominic.lanza@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Seryan Gevorgyan,<br><br>Defendant. | CR 09-223 PHX NVW<br><br>MAG. NO. 09-6034M<br><br>**INFORMATION**<br><br>VIO: 8 U.S.C. § 1326(a) and enhanced by (b)(2)<br><br>(Reentry after Deportation) |

THE UNITED STATES ATTORNEY CHARGES:

On or about September 12, 2005, at or near Phoenix, in the District of Arizona, SERYAN GEVORGYAN, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed there from the United States at or near Los Angeles, California, on or about May 8, 2004, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(2).

Dated this 21 day of January, 2009.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

DOMINIC LANZA
Assistant U.S. Attorney